

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 20, 2016

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States* v. *Ramel Matthews et al.*, S1 15 Cr. 537 (VEC);
              *United States* v. *Davaughn Brooks*, 15 Cr. 735 (VEC)

Dear Judge Caproni:

      On January 19, 2016, a status conference was held before the Court in the above-referenced matter. At the status conference, Susan Kellman, Esq., defense counsel for defendant Davaughn Brooks, raised an issue related to the separation order in place for Brooks at the Bureau of Prisons ("BOP") facility where he is currently housed, the Metropolitan Detention Center ("MDC"). Specifically, defense counsel stated that Brooks had reported that he was separated from many or all of his co-defendants and defense counsel suggested that the separation was ordered by the Government as a means of pressuring Brooks to cooperate with the Government.

      The Government has confirmed the separations in place for Brooks with the U.S. Marshals Service and the BOP and has confirmed that Brooks is not, and has not been, separated from any of his co-defendants charged in Superseding Indictment S1 15 Cr. 537 (VEC).

                        Respectfully submitted,

                        PREET BHARARA
                        United States Attorney

        By:      /s/
                  Samson Enzer / James McDonald/Dina McLeod
                  Assistant United States Attorneys
                  Tel. (212) 637-2342 / -2405/-1040

cc:  Susan Kellman, Esq. (by ECF)